**LEW BRANDON, JR., ESQ.**
Nevada Bar No. 5880
**RYAN VENCI, ESQ.**
Nevada Bar No. 7547
**KRISTEN MOLLOY, ESQ.**
Nevada Bar No. 14927
**BRANDON | SMERBER LAW FIRM**
139 E. Warm Springs Road
Las Vegas, Nevada 89119
(702) 380-0007
(702) 380-2964 – *facsimile*
*l.brandon@bsnv.law*
*r.venci@bsnv.law*
*k.molloy@bsnv.law*
*Attorneys for Defendant,*
*PYEK GROUP, LLC d/b/a COWABUNGA CANYON*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

TAMARA SPEAKS, an Individual,

Plaintiff,

vs.

PYEK GROUP, LLC d/b/a COWABUNGA CANYON, a foreign corporation; DOE I, an individual and unknown employee of PYEK GROUP, LLC, and DOES II through XX, inclusive; and ROE BUSINESS ENTITIES I through XX, inclusive,

Defendants.

CASE NO.: 2:25-cv-1558-JAD-MDC

**STIPULATED AND ORDER TO EXTEND DISCOVERY DEADLINES (FIRST REQUEST)**

Pursuant to Local Rules 26-3, the parties respectfully submit the following stipulation to extend the discovery deadlines in this matter by ninety (90) days.

**A. A Statement Specifying the Discovery Completed (LR 26-3(a):**

1. Plaintiff has made her initial disclosures pursuant to Fed. R. Civ. P. 26(a) and two (2) supplements thereto;

2. Defendant has made its initial disclosures and thirteen supplemental disclosures pursuant to Fed. R. Civ. P. 26(a) and five (5) supplements thereto;

BRANDON | SMERBER LAW FIRM
139 E. WARM SPRINGS RD.
LAS VEGAS, NEVADA 89119
T. 702.380.0007 | F. 702.380.2964

3. Defendant has served written discovery on Plaintiff;
4. Plaintiff has responded to written discovery;
5. Plaintiff has served written discovery on Defendant; and
6. Plaintiff's deposition has been taken.

**B. <u>A Specific Description of the Discovery that Remains to be Completed (LR 26-3(b):</u>**

1. Disclosure of expert and depositions of experts, treating physicians, percipient witnesses and Defendant's Rule 30(b)(6) witness.

**C. <u>The Reasons why the Deadline was not Satisfied or the Remaining Discovery was not Completed within the Time Limits set by the Discovery Plan (LR 26-3(c):</u>**

During her deposition taken on January 16, 2026, Plaintiff testified that she had undergone a surgical procedure on her low back on December 22, 2025. While Plaintiff has disclosed some records and billings related to that surgery it is anticipated there are additional records and billings that will need to be produced for the surgery and the anticipated medical treatment following the surgery such as physical therapy and follow-up visits. In addition, Plaintiff has indicated that she and her expert want to conduct an inspection of the subject water slide. Given the seasonal nature of the Defendant's business this cannot be accomplished (as it requires the ride and catch pool to be running and filled with water) until the park opens for the season which is anticipated to occur in May 2026. As such, it is not possible fully complete discovery in this matter under the current discovery plan. This request is not being made for purposes of delay and only recently became known given Plaintiff's testimony regarding her surgery and the need for an expert inspection. As such, good cause exists to extend the discovery deadlines in this matter.

**D. <u>A Proposed Schedule for Completing all Remaining Discovery (LR 26-3(d):</u>**

| | **Current Deadlines:** | **Proposed Deadline:** |
|---|---|---|
| Amend Pleadings: | February 17, 2026 | July 1, 2026 |
| Initial Expert Disclosure: | March 19, 2026 | July 31, 2026 |

BRANDON | SMERBER LAW FIRM
139 E. WARM SPRINGS RD.
LAS VEGAS, NEVADA 89119
T. 702.380.0007 | F. 702.380.2964

| | | |
|---|---|---|
| Rebuttal Expert Disclosure: | April 17, 2026 | August 31, 2026 |
| Discovery Cut-off: | May 18, 2026 | September 29, 2026 |
| Dispositive motions: | June 17, 2026 | October 29, 2026 |
| Joint Pre-Trial Order: | July 17, 2026 | November 27, 2026 |

DATED this 4th day of February, 2026.

**BRANDON | SMERBER LAW FIRM**

*/s/ Ryan Venci, Esq.*

**LEW BRANDON, JR., ESQ.**
Nevada Bar No. 5880
**RYAN M. VENCI, ESQ.**
Nevada Bar No. 7547
**KRISTEN MOLLOY, ESQ.**
Nevada Bar No. 14927
139 E. Warm Springs Road
Las Vegas, Nevada 89119
*Attorneys for Defendant,*
*PYEK GROUP, LLC d/b/a*
*COWABUNGA CANYON*

DATED this 4th day of February, 2026.

**PAUL PADDA LAW, PLLC**

*/s/ Eric R. Larsen, Esq.*

**ERIC R. LARSEN, ESQ.**
Nevada Bar No. 9423
4560 S. Decatur Blvd., Ste. 300
Las Vegas, Nevada 89103
*Attorneys for Plaintiff,*
*TAMARA SPEAKS*

**ORDER**

**IT IS SO ORDERED**

DATED this 5th day of February, 2026.

**Hon. Maximiliano D. Couvillier, III**
**UNITED STATES MAGISTRATE JUDGE**